**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dameion T. ZENO, Defendant–Appellant.**

**No. 04–30106.**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Aug. 4, 2004.

Camille Ann Domingue, Assistant U.S. Attorney, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Federal Public Defender's Office, Lafayette, LA, for Defendant–Appellant.

Before REAVLEY, JONES and EMILIO M. GARZA, Circuit Judges.

PER CURIAM: *

Dameion T. Zeno appeals his guilty-plea conviction for possession of a firearm in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).

Zeno argues that the district court erred when it denied his motion to withdraw his

---

**850**

guilty plea. This court accords broad discretion to the district court's decision regarding a motion to withdraw and will reverse such a decision only for an abuse of that discretion. *United States v. Carr,* 740 F.2d 339, 343–44 (5th Cir.1984). The totality of the circumstances in this case indicates that Zeno has failed to demonstrate a fair and just reason for withdrawing his guilty plea. *See id.*

The judgment of the district court is therefore AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.